# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| **EVAN WARD KNOLL** <br> **#15975-040** | **PLAINTIFF** |
| vs. | NO. 4:18CV00266 SWW |
| **HORIZON BANK** | **DEFENDANT** |

## ORDER

Plaintiff Evan Ward Knoll has submitted this case for filing in this district. However, from the facts alleged and the Defendant named, it appears that venue property lies in the Western District of Michigan. *See* 28 U.S.C. § 1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to United States District Court for the Western District of Michigan. *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.")

IT IS, THEREFORE, ORDERED THAT the Clerk of the Court is directed to IMMEDIATELY TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the United States District Court for the Western District of Michigan.

DATED this 10th day of May, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE