UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

EVAN WARD KNOLL,

    Plaintiff,

v.

HORIZON BANK,

    Defendant.
_____/

Case No. 1:18-cv-524

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that Plaintiff's action be **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: June 11, 2018             /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge